1 **FLANGAS LAW GROUP**
GUS W. FLANGAS, ESQ.
2 Nevada Bar No. 4989
E-mail: gwf@fdlawlv.com
3 KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
4 E-mail: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
5 Las Vegas, NV 89146
Telephone: (702) 307-9500

*Attorneys for Defendants Lokesh Pathak and McLob America, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN JEEVA LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LOKESH PATHAK, and individual; MCLOB AMERICA LLC, a California Limited Liability Company; and MCLOB USA LLC, a California Limited Liability Company,<br><br>Defendants. | Case No: 2:25-cv-01122-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LOKESH PATHAK AND MCLOB AMERICA LLC'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules, Plaintiff, GREEN JEEVA LLC ("Plaintiff"), and Defendants LOKESH PATHAK ("Pathak") and MCLOB AMERICA LLC ("Mclob America") (collectively, the "Defendants") (Defendants together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

Defendants shall have until October 15, 2025 to file their responsive pleadings to Plaintiff's Complaint. Plaintiff expressly reserves all rights, remedies, defenses, objections, and legal arguments.

This is the Parties' first request for extension of time for this deadline, and it is not intended to cause any delay or prejudice to any party. The reason for this request is due to an unexpected illness and then injury to counsel for Defendants throughout the month of September.

**IT IS SO STIPULATED.**

Dated this 1st day of October 2025.

**FLANGAS LAW GROUP**
*/s/ Kimberly P. Stein*
GUS W. FLANGAS, ESQ. (NBN: 4989)
E-mail: gwf@fdlawlv.com
KIMBERLY P. STEIN, ESQ. (NBN: 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

*Attorneys for Defendants Lokesh Pathak and McLob America, LLC*

Dated this ___ day of October 2025

**GREENBERG TRAURIG, LLP**

*/s/ David S. Bloch*
MICHAEL R. HOGUE, ESQ. (NBN: 12400)
JERRELL L. BERRIOS, ESQ. (NBN: 15504)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
E-mail: hoguem@gtlaw.com
E-mail: berriosj@gtlaw.com

1

1  IAN C. BALLON, ESQ.
   *Admitted Pro Hac Vice*
2  1900 University Avenue, 5th floor
   East Palo Alto, California 94303
3  Tel: (650) 328-8500
   Fax: (650) 328-8508
4  Email: ballon@gtlaw.com

5  DAVID S. BLOCH, ESQ.
   *Admitted Pro Hac Vice*
6  101 Second Street, Suite 2200
   San Francisco, California 94105
7  Tel: (415) 655-1300
   Fax: (415) 707-2010
8  Email: david.bloch@gtlaw.com

9  *Counsel for Plaintiff Green Jeeva LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Oct 3, 2025

2