MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Tel:    (702) 792-3773
Fax:   (702) 792-9002
Email: hoguem@gtlaw.com
            berriosj@gtlaw.com

IAN C. BALLON, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th floor
East Palo Alto, California  94303
Tel:    (650) 328-8500
Fax:   (650) 328-8508
Email: ballon@gtlaw.com

DAVID S. BLOCH, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California  94105
Tel:    (415) 655-1300
Fax:   (415) 707-2010
Email: david.bloch@gtlaw.com

***Counsel for Plaintiff Green Jeeva LLC***

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN JEEVA LLC, a Nevada Limited Liability Company,<br><br>                                Plaintiff,<br><br>     v.<br><br>LOKESH PATHAK, an individual; MCLOB AMERICA LLC, a California Limited Liability Company; and MCLOB USA LLC, a California Limited Liability Company,<br><br>                                Defendants. | Case No. 2:25-cv-01122-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RELATING TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 26 AND 27)**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Green Jeeva LLC ("Plaintiff") and Defendants Lokesh Pathak and McLob America LLC (together, "Defendants"), through their respective counsel, hereby stipulate, subject to the Court's approval, to extend the deadline for Plaintiff to oppose Defendants' respective Motions to Dismiss (ECF Nos. 26 and 27) by 14 days from October 29, 2025, to November 12, 2025. The parties further stipulate to extend the deadline for Defendants to file Replies in support of their respective Motions to Dismiss by 14 days from November 12, 2025, to November 26, 2025. This is the parties' second request to extend a deadline associated with the Motions to Dismiss, as the parties previously stipulated to extending the deadline for Defendants to respond to the Complaint (ECF No. 21). This request is made in good faith and not for the purposes of delay.

Dated this 28th day of October 2025.
**GREENBERG TRAURIG, LLP**

*/s/ Jerrell Berrios*
MICHAEL R. HOGUE, ESQ
(NBN 12400)
JERRELL L. BERRIOS, ESQ.
(NBN 15504)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
**Counsel for Plaintiff Green Jeeva LLC**

Dated this 28th day of October 2025.
**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*
GUS W. FLANGAS, ESQ.
(NBN 04989)
KIMBERLY P. STEIN, ESQ.
(NBN 08675)
3275 South Jones Boulevard, Suite 105
Las Vegas, Nevada 89146
A**ttorneys for Defendants Lokesh Pathak and McLob America LLC**

## ORDER

Considering the stipulation between counsel, and with good cause appearing, the deadline for Plaintiff to oppose Defendants' Motions to Dismiss (ECF Nos. 26 and 27) is on or before November 12, 2025. The deadline for Defendants to file Replies in support of their respective Motions to Dismiss is on or before November 26, 2026.

**IT IS SO ORDERED** October 29, 2025.

_____
UNITED STATES DISTRICT JUDGE

ACTIVE 715903908v1