MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Tel:    (702) 792-3773
Fax:    (702) 792-9002
Email: hoguem@gtlaw.com
        berriosj@gtlaw.com

IAN C. BALLON, ESQ.*
California Bar No. 141819
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th floor
East Palo Alto, California  94303
Tel:    (650) 328-8500
Fax:    (650) 328-8508
Email: ballon@gtlaw.com

DAVID S. BLOCH, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California  94105
Tel:    (415) 655-1300
Fax:    (415) 707-2010
Email: david.bloch@gtlaw.com

***Counsel for Plaintiff Green Jeeva LLC***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN JEEVA LLC, a Nevada Limited Liability Company,<br><br>                          Plaintiff,<br><br>        v.<br><br>LOKESH PATHAK, an individual; MCLOB AMERICA LLC, a California Limited Liability Company; and MCLOB USA LLC, a California Limited Liability Company,<br><br>                          Defendants. | Case No. 2:25-cv-01122-JCM-DJA<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF GREENBERG TRAURIG, LLP AS COUNSEL OF RECORD AND FROM ELECTRONIC SERVICE LIST** |

ACTIVE 723015844v1

Pursuant to LR IA 11-6(c), Plaintiff Green Jeeva LLC ("Green Jeeva") and its current counsel, Greenberg Traurig, LLP ("GT") hereby stipulate to the substitution of Amin Wasserman Gurnani and Aldrich Law Firm, LTD. in the place of GT as counsel of record for Green Jeeva in the above-captioned action.  GT shall be withdrawn as counsel of record in this action and removed from the CM/ECF Service List in this case.  By way of this stipulation and as contemplated by LR IA 11-6(c), the remaining counsel of record for Plaintiff expressly accepts all dates currently set for pretrial proceedings, trial, or hearings, by the discovery plan or any court order by way of this stipulation and agrees that this substitution and withdrawal of GT will not result in the delay of discovery, trial, or any hearing in this case in compliance with LR IA 211- 26(e).

Based on the foregoing stipulation, Green Jeeva, GT, Amin Wasserman Gurnani, and Aldrich Law Firm, LTD. respectfully request that this Court enter an order approving this substitution, permitting the withdrawal of GT, and the removal of GT from the CM/ECF Service List in this case.

### CONSENT TO SUBSTITUTION BY CLIENT

Pursuant to LR IA 11-6(c), Green Jeeva hereby consents to the substitution of Amin Wasserman Gurnani and Aldrich Law Firm, LTD. in the place of GT as counsel of record for Green Jeeva in the above-captioned action.

DATED this 1st day of May, 2026

*/s/ Deepak Jena*
_____
By:  Deepak Jena

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ACTIVE 723015844v1

**ACCEPTANCE OF SUBSTITUTION BY COUNSEL**

Pursuant to LR IA 11-6(c), Amin Wasserman Gurnani and Aldrich Law Firm, Ltd. hereby accepts appointment of counsel of record and the withdrawal of GT as counsel of record for Green Jeeva in the above-captioned action.

DATED this 1st day of May, 2026

AMIN WASSERMAN GURNANI

*/s/ George Spatz*

GEORGE SPATZ, ESQ.
*Pro Hac Vice Pending*
MANON BURNS, ESQ.*
*Pro Hac Vice Pending*
230 W. Monroe Street, Suite 1405
Chicago, Illinois  60606

DATED this 1st day of May, 2026

ALDRICH LAW FIRM, LTD.

*/s/ John P. Aldrich*

JOHN P. ALDRICH, ESQ.
(NBN 6877)
CATHERINE HERNANDEZ, ESQ.
(NBN 8410)
8966 W. Sahara Avenue
Las Vegas, Nevada  89117

///

///

///

///

///

///

///

///

///

///

///

ACTIVE 723015844v1

**CONSENT TO SUBSTITUTION BY GREENBERG TRAURIG**

Pursuant to LR IA 11-6(c), GT hereby consents to the substitution of Amin Wasserman Gurnani and Aldrich Law Firm, LTD. in its place as counsel of record for Green Jeeva in the above-captioned action.

DATED this 1st day of May, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jerrell L. Berrios*
MICHAEL R. HOGUE, ESQ. (NBN 12400)
JERRELL L. BERRIOS, ESQ. (NBN 15504)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
*Counsel for Plaintiff Green Jeeva LLC*

**ORDER**

IT IS SO ORDERED that the stipulation for substitution of counsel (ECF No. 54) and stipulation to withdraw Greenberg Traurig, LLP from the CM/ECF service list (ECF No. 55) is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 5/5/2026

ACTIVE 723015844v1